CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Adrian M. Slipski, Esq., SBN 325910
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
adrians@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, <br><br> Plaintiff, <br><br> v. <br><br> **Fountain Square Liquor, Inc.**, a California Corporation, <br><br> Defendant. | Case 2:22-cv-01974-DMG-JC <br><br> **Plaintiff's Application for Default Judgment by Court Against Fountain Square Liquor, Inc.** <br><br> Date:   August 19, 2022 <br> Time:   9:30 a.m. <br> Ctrm:   8C |

To Defendant Fountain Square Liquor, Inc., and the attorneys of record, if any: Please take notice that on August 19, 2022, at 9:30 a.m., or as soon thereafter as this matter may be heard by this Court located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012,

Plaintiff Antonio Fernandez, will present his application for default judgment against defendant Fountain Square Liquor, Inc. The Clerk has previously entered the default on Fountain Square Liquor, Inc. on May 16, 2022.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Fountain Square Liquor, Inc. is a business entity and not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Fountain Square Liquor, Inc. has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks $4000.00 damages judgment against Defendant Fountain Square Liquor, Inc. and $3432.00 as attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendant to provide wheelchair accessible paths of travel at the property located at 8320 Stewart and Gray Rd., Downey, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Fountain Square Liquor, Inc. on June 17, 2022, by first class United States Mail, postage prepaid.

Dated: June 17, 2022                    CENTER FOR DISABILITY ACCESS

By: */s/ Adrian M. Slipski*
Adrian M. Slipski,
Attorney for Plaintiff