**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>FOUNTAIN SQUARE LIQUOR, INC.,<br><br>        Defendant. | Case No. CV 22-1974-DMG (JCx)<br><br>**JUDGMENT** |

This Court having granted Plaintiff Antonio Fernandez's motion for default judgment by Order dated August 18, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Fountain Square Liquor, Inc.  Defendant is ORDERED to provide accessible paths of travel at the store located at 8320 Stewart and Gray Rd., Downey, California, in compliance with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*., and to pay $1,116.25 in attorneys' fees and $402 in litigation costs to Plaintiff.

DATED: August 18, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE